RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendant
CITY OF SAN JOSE, CHIEF ROBERT DAVIS, SERGEANT BALDAL, and OFFICERS JOHNSON and GROGAN

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
2/11/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| RONALD HEIMAN,<br><br>     Plaintiff,<br><br>     v.<br><br>OFFICER JOHNSON, BADGE NO. 3827; SERGEANT BALDAL, BADGE NO. 3479; OFFICER A. GROGAN, BADGE NO. 3972; JOHN DOE and RICHARD ROE, police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; ROBERT DAVIS, individually, and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipality; DOES 1 through 100,<br><br>     Defendants. | NO.: C09-02617 JW<br><br>**STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The parties hereby stipulate to a referral to a magistrate judge for settlement conference purposes.

DATED:      January 28, 2010              RICHARD DOYLE, City Attorney

                                          By: _____/s/ Clifford S. Greenberg_____
                                                CLIFFORD S. GREENBERG
                                                Senior Deputy City Attorney

                                          Attorneys for Defendants CITY OF SAN JOSE, CHIEF ROBERT DAVIS, SERGEANT BALDAL, and OFFICERS JOHNSON and GROGAN

DATED:      January 28, 2010              BOSKOVICH & APPLETON

                                          By: ___/s/ Anthony Boskovich_____
                                                ANTHONY BOSKOVICH

                                          Attorneys for Plaintiff RONALD HEIMAN

I affirm that Plaintiff's counsel has consented to the electronic filing of this document on plaintiff's behalf.

DATED:      January 28, 2010              RICHARD DOYLE, City Attorney

                                          By: _____/s/ Clifford S. Greenberg_____
                                                CLIFFORD S. GREENBERG
                                                Senior Deputy City Attorney

                                          Attorneys for Defendants CITY OF SAN JOSE, CHIEF ROBERT DAVIS, SERGEANT BALDAL, and OFFICERS JOHNSON and GROGAN

**IT IS SO ORDERED:**

For good cause shown, the Court refers this case to the assigned Magistrate Judge, Patricia V. Trumbull for a settlement conference. On or before **February 12, 2010,** the parties shall contact Judge Trumbull's chambers to set up their conference.

Dated: February 11, 2010

_____
United States District Judge

STIP FOR REFERRAL TO MAG. JUDGE                    2                                      625973
FOR SETT CONFERENCE;
C09-02617 JW