IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ronald Heiman, | NO. C 09-02617 JW |
|       Plaintiff, <br>   v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Officer Johnson, et al., | |
|       Defendants. | |

This case is scheduled for a Case Management Conference on December 20, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 51.) In their Joint Statement, the parties seek a continuance of the Conference because they are involved in settlement discussions. Based on the parties' representation, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **February 14, 2011 at 10 a.m.** On or before **February 4, 2011**, the parties shall file a Joint Case Management Statement updating the Court on the status of the settlement negotiations or provide the Court with a proposed schedule as to how this case should proceed.

Dated: December 14, 2010

                                                   JAMES WARE <br>
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Clifford S. Greenberg cao.main@sanjoseca.gov

**Dated:  December 14, 2010**                    **Richard W. Wieking, Clerk**

                                                 **By:    /s/ JW Chambers
                                                         Elizabeth Garcia
                                                         Courtroom Deputy**