1  Anthony Boskovich, No. 121198
   Boskovich & Appleton
2  28 N. First Street, 6th Floor
   San Jose, California 95113
3  policemisconduct@compuserve.com

4  408-286-5150

5  Attorney for plaintiff   RONALD HEIMAN



2/9/2011

### IN THE DISTRICT COURT OF THE UNTIED STATES OF AMERICA

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RONALD HEIMAN,<br>            *Plaintiff*,<br>v.<br><br>OFFICER JOHNSON, BADGE NO. 3827; SERGEANT BALDAL, BADGE NO. 3479; OFFICER A. GROGAN, BADGE NO. 3972; JOHN DOE and RICHARD ROE, police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipality; DOES 1 through 100,<br>            *Defendants*. | No.   09-02617 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ADVANCING DATE FOR CASE MANAGEMENT CONFERENCE; JOINT CASE MANAGEMENT STATEMENT |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. Case management conference currently calendared for 14 February 2011 be <u>advanced</u> to 4 April 2011 at 11:00 A.M.;

Page 1

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. In the lead case of the coordinated actions, *Cicala, et al. v. City of San Jose, et al.*, case number CV 08-04032 JF (PSG), the parties are in the process of preparing and evaluating a settlement proposal for the injunctive relief part of the cases. Now that a new chief of police has been appointed, the City has presented to plaintiffs the documents that plaintiffs have asked for in order to be able to prepare a settlement demand. That demand will be made late next week. The parties are optimistic that a resolution can be achieved based upon the discussions had with and among counsel. Because of the above, Judge Fogel continued the case management conference in the lead case until 1 April 2011 in order to allow the settlement process to proceed.

Additionally, plaintiff's counsel is set for trial in he matter of *Grandy v. United States of America*, Central District of California case number CV 09-01270 JHN RZx, calendared to commence in Los Angeles on 15 February 2011. Counsel needs to be in Los Angeles on 14 February in order to prepare with co-counsel. The United States has indicated that the case will not settle, and trial is set to proceed.

Dated: 8 February 2011            **BOSKOVICH & APPLETON**

                                  /s/Anthony Boskovich
                              By:_____
                                  ANTHONY BOSKOVICH,
                                  Attorney for Plaintiff

Dated: 8 February 2011            **OFFICE OF THE CITY ATTORNEY**

                                  /s/ Clifford Greenberg
                              By:_____
                                  Clifford Greenberg
                                  Attorney for Defendants

**IT IS SO ORDERED**

On or before March 25, 2011, the parties shall file a Joint Case Management Conference statement including, *inter alia,* an update on settlement efforts and a good faith schedule as to how the case should proceed.

Dated: February 9, 2011            _____
                                   James Ware
                                   United States District Chief Judge