IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ronald Heiman,<br><br>   Plaintiff,<br>   v.<br><br>Officer Johnson, et al.,<br><br>   Defendants. | NO. C 09-02617 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on April 4, 2011. On March 30, 2011, the parties filed a Joint Case Management Statement, exceeding the Court's deadline by five days. (See Docket Item No. 59.) In their Joint Statement, the parties seek a continuance of the Conference because they are still undergoing settlement discussions regarding the Monell portion of the case. Based on the parties' representation, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **June 20, 2011 at 10 a.m.** On or before **June 10, 2011** the parties shall file a Joint Case Management Statement updating the Court on the status of the settlement negotiations or provide the Court with a proposed schedule as to how this case should proceed.

Dated: March 31, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Clifford S. Greenberg cao.main@sanjoseca.gov

**Dated: March 31, 2011**            **Richard W. Wieking, Clerk**

                                     **By:    /s/ JW Chambers
                                            Elizabeth Garcia
                                            Courtroom Deputy**