Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113
policemisconduct@compuserve.com

408-286-5150

Attorney for plaintiff   RONALD HEIMAN

**IN THE DISTRICT COURT OF THE UNTIED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RONALD HEIMAN,<br>                *Plaintiff,*<br><br>v.<br><br>OFFICER JOHNSON, BADGE NO. 3827; SERGEANT BALDAL, BADGE NO. 3479; OFFICER A. GROGAN, BADGE NO. 3972; JOHN DOE and RICHARD ROE, police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipality; DOES 1 through 100,<br>                *Defendants.* | No.  09-02617CW<br><br>Related Case: *Cicala, et al. v. City of San Jose, et al.*, Northern District Case No.  CV 08-04032 CW; *Valdez, et al. v. City of San Jose, et al.*, Northern District Case No. C 09-00176 CW<br><br>STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO MAGISTRATE GREWAL FOR ALL PURPOSES AND UNRELATING *VALDEZ* CASE |

      The parties have met and conferred regarding assignment to a magistrate judge for all purposes.  The parties, having reached an agreement, are willing to stipulate to Paul S. Grewal for all purposes provided that he agree to retain the case should he be appointed as a United States District Court judge.

Stipulation and [Proposed] Order                                                                                     Page 1

1  Further, given the settlement posture of the case, the parties stipulate and request an order
2 that the case be <u>unrelated</u> from the *Valdez* matter, case number C 09-00176 CW  but <u>remain related</u>
3 to the *Cicala* matter, case number CV 08-04032 CW.

5 Dated: 4 May 2012

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

/s/ Clifford Greenberg
_____
Clifford Greenberg
Attorney for defendants

**IT IS SO ORDERED.**

_____
Judge of the United States District Court

_____
Honorable Paul S. Grewal
Magistrate Judge of the United States District Court

Stipulation and [Proposed] Order                                                                 Page 2